

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2019

Nos. 04-18-00802-CR & 04-18-00803-CR

Kenton Lance **LIGHT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court Nos. 6330 & 6328
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
              Rebeca C. Martinez, Justice
              Liza A. Rodriguez, Justice

On August 19, 2019, Appellant Kenton Lance Light filed a pro se Motion to Dismiss Counsel and Invoke Right to Self-Representation. A defendant does not have a right under either the United States Constitution or the Texas Constitution to represent himself in a direct appeal from a criminal conviction. *Martinez v. California*, 528 U.S. 152, 154-64 (2000); *Cormier v. State*, 85 S.W.3d 496, 498 (Tex. App.—Houston [1st Dist.] 2002, pet. ref'd); *Hadnot v. State*, 14 S.W.3d 348, 350 (Tex. App.—Houston [14th Dist.] 2000, no pet.); *Cain v. State*, 976 S.W.2d 228, 235 (Tex. App.—San Antonio 1998, no pet.); *see also Phynes v. State*, 828 S.W.2d 1, 2 (Tex. Crim. App. 1992) (no guaranteed right to appeal criminal conviction under Texas Constitution). Whether to allow an appellant to proceed pro se in a criminal appeal is left to the discretion of the court of appeals. *Martinez*, 528 US. at 163; *Hadnot*, 13 S.W.3d at 350.

At the time Light filed his notice of appeal in October 2018, he asked the trial court to appoint appellate counsel. His appointed counsel timely filed the appellant's brief on July 8, 2019. The brief raises proper points of error and is supported by argument and citation to authority. Light voiced no dissatisfaction with counsel until after the brief was filed. Further, the State filed its appellee's brief on August 7, 2019. Under these circumstances, the government's interest in the fair and efficient administration of justice outweighs Light's interest in self-representation. *See Martinez*, 528 U.S. at 163. Therefore, we DENY the motion.

It is so **ORDERED** on August 27, 2019.

PER CURIAM

ATTESTED TO:

Keith E. Hottle
Clerk of Court